UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA, EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS ANDREASSEN, | ) | Case No. 15-cv-2003-LRR |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF REMOVAL |
| HY-VEE, INC., | ) | |
| Defendant. | ) | |

COMES NOW defendant, Hy-Vee, Inc., and gives notice of the removal of the above-captioned action, which is currently pending in the Iowa District Court for Black Hawk County under Docket No. LACV126395, to the United States District Court for the Northern District of Iowa, Eastern Division, and in support thereof states:

1. On December 29, 2014, plaintiff Dennis Andreassen filed his petition against defendant Hy-Vee, Inc., in the Iowa District Court in and for Black Hawk County under Docket No. LACV126395.

2. Defendant Hy-Vee, Inc., first received a copy of the initial pleading when it was served with an original notice on January 13, 2015.

3. Plaintiff's petition asserts claims for disability discrimination under Chapter 216 of the Iowa Code and the Americans with Disabilities Act arising out of the termination of his employment by defendant on July 4, 2014.

4. This court has jurisdiction over the claims asserted in plaintiff's petition under the provisions of 28 U.S.C. §1441 and 28 U.S.C. §1331, providing for removal and original jurisdiction of all civil actions arising under the constitution, laws, or treaties of the United States.

5. Venue in this judicial district is proper under the provisions of 28 U.S.C. §1391(b) and 28 U.S.C. §95(a)(2) in that defendant resides in this judicial district and a substantial part of the events giving rise to plaintiff's claims occurred in this judicial district.

6. This notice is timely filed under the provisions of 28 U.S.C. §1446(b), providing that the notice of the removal of a civil action or proceeding should be filed within thirty days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

7. As required by 28 U.S.C. §1446(d), written notice of removal is being given to all adverse parties and a copy of the notice is being filed with the Clerk of the Iowa District Court for Black Hawk County.

8. The list required by Local Rule 81(a) of this court is being filed with this notice.

Respectfully submitted,

SWISHER & COHRT, P.L.C.

By: _____
Beth E. Hansen, AT0003258
528 West 4th Street
P.O. Box 1200
Waterloo, IA 50704-1200
Telephone: (319) 232-6555
Facsimile: (319) 232-4835
E-mail:hansen@s-c-law.com

ATTORNEYS FOR DEFENDANT

Original filed.
Copy to:

Mark W. Fransdal
Redfern, Mason, Larsen & Moore, PLC
415 Clay Street
PO Box 627
Cedar Falls, IA 50613

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on ___January 26 2015___ by:

☒ Electronically via ECF for ECF registrants
☐ U.S. Mail _____
☐ Fax _____
☐ Fed Ex _____
☐ Hand Delivered _____
☐ Other: _____

___/s/ Kristy A. Kohring___