UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA, EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS ANDREASSEN, | ) | Case No. 15-cv-2003-LRR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | LR 81(a) List |
| | ) | |
| HY-VEE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant Hy-Vee, Inc., and submits the following list pursuant to LR 81(a):

1. All process, pleadings and orders filed in the state case (copies attached):

    a. Petition at Law and Demand for Jury Trial filed December 29, 2014;

    b. Return of Original Notice filed January 15, 2015.

2. Matters pending in the state court that will require resolution by this court:

    a. None.

3. Counsel who have appeared in the state court:

    Attorney Mark W. Fransdal
    Redfern, Mason, Larsen & Moore, PLC
    415 Clay Street
    PO Box 627
    Cedar Falls, IA 50613
    Telephone: (319) 277-6830
    Fax: (319) 277-3531
    Email: mwfransdal@cflaw.com
    Attorney for Plaintiff

Respectfully submitted,

SWISHER & COHRT, P.L.C.

By: /s/ Beth Hansen
Beth E. Hansen, AT0003258
528 West 4th Street
P.O. Box 1200
Waterloo, IA 50704-1200
Telephone: (319) 232-6555
Facsimile: (319) 232-4835
E-mail: hansen@s-c-law.com

ATTORNEYS FOR DEFENDANT

Original filed.
Copy to:

Mark W. Fransdal
Redfern, Mason, Larsen & Moore, PLC
415 Clay Street
PO Box 627
Cedar Falls, IA 50613

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on ___January 26, 2015___ by:

☒ Electronically via ECF for ECF registrants
☐ U.S. Mail _____
☐ Fax _____
☐ Fed Ex _____
☐ Hand Delivered _____
☐ Other: _____

/s/ Kristy A. Kohring

IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY

| | |
|---|---|
| DENNIS ANDREASSEN, | ) |
| Plaintiff, | ) Case No. _____ |
| vs. | ) |
| HY-VEE, INC, | ) PETITION AT LAW AND |
| | ) DEMAND FOR JURY TRIAL |
| Defendants. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW Plaintiff, Dennis Andreassen, by his attorneys, Redfern, Mason, Larsen & Moore, PLC, and for his cause of action against Defendant Hy-Vee, Inc. ("Hy-Vee"), to state as follows:

1. Dennis Andreassen is a resident of Evansdale, Black Hawk County, Iowa.

2. Hy-Vee, Inc. is an Iowa corporation doing business in Black Hawk County, Iowa.

3. Hy-Vee owns and operates a food store located at 1422 Flammang Drive, in Waterloo, Black Hawk County, Iowa.

4. Dennis Andreassen was employed by Hy-Vee beginning on August 19, 1993. He was terminated on July 4, 2014, illegally based on his disability of Type II Diabetes.

5. Between 1993 and 2014, Dennis Andreassen received numerous increases in his compensation during the period of his employment with Hy-Vee.

6. On January 30, 2014, Dennis was taken to the emergency room at Allen Hospital, where he was diagnosed as having Type II Diabetes.

7. Following the diagnosis, Dennis informed his supervisors at Hy-Vee of the diagnosis and his need for some accommodation in his work and work schedule, such as breaks with which to monitor his blood, take medications or eat at intervals related to his medication.

8. Following his diagnosis, his supervisors at Hy-Vee failed to take steps to accommodate his disability.

9. Following his diagnosis, his supervisors at Hy-Vee began to scrutinize his work and were prone to excessive discipline of him over a period of several months.

10. Following his diagnosis, his supervisors would not allow him to work day shifts as he had requested.

11. Following his diagnosis, his supervisors forced him to take another job in the bakery or be terminated. This job turned out to require that he work alone and close the bakery department frequently, which means that he did not have break times available for monitoring his blood, taking meals and taking his Diabetes medications.

12. Following his diagnosis, the supervisors disciplined him for committing acts that other employees committed without receiving discipline, and disciplined him for acts that he did not commit.

13. On July 4, 2014, Dennis was called in for a meeting and terminated without the opportunity to provide any explanation or defense for allegations against him of a minor nature.

14. The conduct on the part of Hy-Vee and its supervisors constitutes harassment and discrimination based on the disability suffered by Dennis Andreassen, as well as retaliation against him for attempting to obtain reasonable accommodations to address his Type II Diabetes.

15. The acts committed by Hy-Vee and its supervisors violate Chapter 216 of the Iowa Code and the Americans with Disabilities Act.

16. As a result of the illegal conduct on the part of Hy-Vee, Dennis has suffered the loss of income and benefits, past and future, as well as emotional distress and mental suffering.

17. The acts committed by Hy-Vee and its supervisors were committed with malice or with reckless indifference to the rights of Plaintiff Dennis Andreassen; therefore, punitive damages should be assessed against the Defendant Hy-Vee.

18. Plaintiff also seeks to be reimbursed for his attorneys' fees in this matter.

19. Plaintiff Dennis Andreassen previously filed a complaint with the Iowa Civil Rights Commission regarding this matter, and the Iowa Civil Rights Commission has issued him a "right to sue letter." See attached letter.

WHEREFORE, Plaintiff Dennis Andreassen, respectfully requests that the Court enter judgment against Defendant Hy-Vee, Inc. in a fair and reasonable amount sufficient to compensate Plaintiff for his damages, plus punitive damages in an amount sufficient to deter similar conduct in the future, plus attorneys fees, legal interest and court costs, all as allowed by law.

## COUNT II
## DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, by his attorneys, Redfern, Mason, Larsen & Moore, P.L.C., to demand a trial by jury of all issues in this matter.

Respectfully submitted,

REDFERN, MASON, LARSEN & MOORE, PLC

By _____
Mark W. Fransdal                          AT0002719
415 Clay Street, P.O. Box 627
Cedar Falls, Iowa 50613
Telephone: (319)277-6830
Facsimile: (319)277-3531
Email: mwfransdal@cflaw.com
Attorneys for Plaintiff

Administrative Release
(Letter of Right-To-Sue)

| To:<br><br>MR. DENNIS ANDREASSEN<br>752 BURR OAK AVENUE<br>EVANSDALE, IA 50707 | From:<br><br>Iowa Civil Rights Commission<br>Grimes State Office Building<br>400 E. 14th Street<br>Des Moines, Iowa 50319 |
|---|---|
| Complaint CP# 08-14-66219      EEOC# 26A-2014-00944C ||

This is your Administrative Release (Right-To-Sue) Letter issued pursuant to Iowa Code Section 216.16 and 161 Iowa Administrative Code Section 3.10. It is issued pursuant to the Complainant's request.

The following conditions have been met:

1. The complaint was timely filed with the Iowa Civil Rights Commission (ICRC) as provided in Iowa Code Section 216.15(12);

2. Sixty (60) days have expired since the complaint was filed with ICRC;

3. None of the exceptions set forth in Administrative Rule 161 – 3.10(4) are applicable.

With this Administrative Release, the Complainant has the right to commence an action in district court. That action must be commenced within ninety (90) days of the issue date of **10/29/2014**. *The Right-to-Sue Letter is not a finding by ICRC on the merits of the charge. ICRC will take no further actions in this matter.*

A copy of this Administrative Release/Letter of Right-To-Sue has been sent to the Respondent(s) and counsel(s) as shown below. The Code allows any party to obtain a complete copy of the case file after a Right-To-Sue has been issued. Requests for copies should be directed to Annette Flaherty at ICRC.

The Iowa Civil Rights Commission
Phone: (515) 281-4121
FAX: (515) 242-5840

cc: File
    MARK W. FRANSDAL, Complainant's Attorney
    MIC JURGENS, Respondent's Attorney
    HY-VEE INC.
    HY-VEE INC CORPORATE HEADQUARTERS
    LIBBY WEBER, MANAGER
    ASHLEY LEWIS, HUMAN RESOURCES
    ROB GREEN, ASST. MANAGER

ICRC/S36 (24)

# PROOF OF SERVICE

| | |
|---|---|
| COURT: | Iowa District Court, Black Hawk County |
| CASE NO.: | LACV126395 |
| PLAINTIFF(S): | Dennis Andreassen |
| DEFENDANT(S): | Hy-Vee, Inc. |
| PAPERS SERVED: (HEREAFTER "Papers") | Original Notice; Petition At Law and Demand For Jury Trial |

*******************************************************************************

I HEREBY certify and make return that I:

SERVED: Hy-Vee, Inc.

ON: January 13, 2015 at 2:29 p.m.

AT: 5820 Westown Pkwy

IN: West Des Moines, IA 50266

by delivering a copy of the above-described Papers in the following manner:

| | |
|---|---|
| | I served the same by delivering a copy thereof on the above person personally. |
| | I served the same on the above person at the above person's dwelling house or usual place of abode (not a rooming house, hotel, club or apartment building) by delivering a copy to the individual named below, a person residing therein who was at least 18 years old. |
| X | I served the above named government office, company, corporation or partnership, association etc. by delivering a copy to the person named and described below at the address shown above. |

Nate Allen, Legal Counsel

*NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED (IF NOT SHOWN ABOVE)*

Fee: $ 45.00
Mileage:
Total: $ 45.00

*[signature]*

Douglas S. Brower, Process Server
Legal Support Services LC
2625 South 1st Street
West Des Moines, IA 50265

SUBSCRIBED AND SWORN to before me by the said affiant this 14th day of January, 2015.



NOTARY PUBLIC in and for the State of Iowa
Commission Expires: