# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| DENNIS ANDREASSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>    Defendant. | No. 15-CV-2003-LRR<br><br>**JUDGMENT** |

_____

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** pursuant to the Order filed on April 19, 2016 (docket number 12): Judgment is entered in favor of Defendant Hy-Vee, Inc. against the Plaintiff Dennis Andreassen.

**DATED** this 19th day of April 2016.

ROBERT L. PHELPS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

*[signature]*

_____
By: Deputy Clerk